78 A.3d 611

**Robert HUGHES, Petitioner**

v.

**Jeffery BEARD and John Wetzel, et al., Respondents.**

**No. 112 EM 2013.**

Supreme Court of Pennsylvania.

Oct. 16, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of October, 2013, the Petition for Review is **DENIED.**